CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 1 2013

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PHILLIP DARIUS CRAYTON, ) | Civil Action No. 7:13-cv-00078 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| SGT. G. ADAMS, et al., ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **GRANTED** as to federal question claims; any claim based on state law is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1367(c)(3); Plaintiff's motion to amend and motion for an extension of time to file an immediate injunction are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 31st day of October, 2013.

/s/ Michael F. Urbanski
United States District Judge